IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation<br><br>Plaintiff,<br><br>v.<br><br>MK WEEDEN CONSTRUCTION, INC., a Montana corporation; MK EQUIPMENT CO., LLC, a Montana limited liability company; WEEDEN CONSTRUCTION, LLC, a Montana limited liability company; MONTE K. WEEDEN, individually, and JULIE A. WEEDEN, individually<br><br>Defendants. | CV 24-112-BLG-SPW<br><br>AMENDED ORDER |

On October 31, 2024, Defendants MK Weeden Construction Inc., MK Equipment Co., LLC, Weeden Construction, LLC, and Julie A. Weeden ("Defendants") agreed to principal settlement terms with Plaintiff, Employers Mutual Casualty Company. (Doc. 27). Plaintiff did not agree to principal settlement terms with Monte K. Weeden as the proceedings against him are stayed pursuant to Chapter 11 of the United States Bankruptcy Code. (Doc. 28).

Accordingly, this Court ordered the parties to file a stipulation to dismiss Defendants and further held Plaintiff's Motion for Temporary Restraining Order in

1

abeyance. (Doc. 29). However, pursuant to the parties' request, this Court no longer requires the parties to file a stipulation to dismiss or a proposed order dismissing Defendants. Further, the Court will no longer hold Plaintiff's Motion for Temporary Restraining Order (Doc. 4) in abeyance.

Accordingly, the Court's Order (Doc. 29) is amended to the following:

**IT IS HEREBY ORDERED** that further proceedings and deadlines are stayed as to Defendants MK Weeden Construction Inc., MK Equipment Co., LLC, Weeden Construction, LLC, and Julie A. Weeden pending Defendants' compliance with their obligations within the Settlement Agreement.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Temporary Restraining Order (Doc. 4) is stayed pending Defendants' compliance with their obligations within the Settlement Agreement.

DATED this 2nd day of December, 2024.

SUSAN P. WATTERS
United States District Judge