IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MK WEEDEN CONSTRUCTION, INC., a Montana corporation; MK EQUIPMENT CO., LLC, a Montana limited liability company; WEEDEN CONSTRUCTION, LLC, a Montana limited liability company; MONTE K. WEEDEN, individually; and JULIE A WEEDEN, individually,<br><br>  Defendants. | CV 24-112-BLG-SPW<br><br>ORDER |

The Court having been advised of the settlement of this case,

**IT IS HEREBY ORDERED** that the telephonic pretrial conference set for Tuesday, December 17, 2024 at 1:30 p.m. is **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of December, 2024.

SUSAN P. WATTERS
United States District Judge

1