IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation<br><br>Plaintiff,<br><br>v.<br><br>MK WEEDEN CONSTRUCTION, INC., a Montana corporation; MK EQUIPMENT CO., LLC, a Montana limited liability company; WEEDEN CONSTRUCTION, LLC, a Montana limited liability company; MONTE K. WEEDEN, individually, and JULIE A. WEEDEN, individually<br><br>Defendants. | CV 24-112-BLG-SPW<br><br>ORDER |

After consultation with the parties, the Court shall strike the Order and Judgment (Doc. 37). The clerk is instructed to seal Document 37.

Further, IT IS ORDERED that the parties shall file a status report by October 3, 2025.

DATED this 19th day of December, 2024.

SUSAN P. WATTERS
United States District Judge