## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,<br><br>               Plaintiff,<br><br>v.<br><br>MK WEEDEN CONSTRUCTION, INC., a Montana corporation; MK EQUIPMENT CO., LLC, a Montana limited liability company; WEEDEN CONSTRUCTION, LLC, a Montana limited liability company; MONTE K. WEEDEN, individually; and JULIE A. WEEDEN, individually,<br><br>               Defendants. | Cause No.: CV-24-112-BLG-SPW<br><br><br><br>**ORDER AND JUDGMENT** |

THIS MATTER, having come before the Court on the Stipulated Motion for Confession of Judgment (Doc. 39) between Employers Mutual Casualty Company ("Surety"), and MK Weeden Construction, Inc. ("MK Weeden"), MK Equipment Co., LLC ("MK Equipment"), Weeden Construction, LLC ("Weeden Construction"), and Julie A. Weeden ("Ms. Weeden") (collectively, "Indemnitors"),

THE COURT, having reviewed said Stipulated Motion for Confession of Judgment, and otherwise being fully advised in the premises;

HEREBY FINDS that the terms and conditions of the Stipulated Motion for Confession of Judgment are reasonable; and therefore:

**IT IS HEREBY ORDERED** that a final judgment shall enter against MK Weeden Construction, Inc., MK Equipment Co., LLC, Weeden Construction, LLC, and Julie A. Weeden (individually), jointly and severally, in favor of Surety in the principal amount of $2,750,000, plus pre-judgment interest and post-judgment interest pursuant to M.C.A. §27-1-211 and M.C.A. § 25-9-205, less payments of principal and interest made to Surety under the Settlement Agreement and Commercial Security Agreement;

**IT IS FURTHER ORDERED** that judgment is entered against MK Weeden Construction, Inc., MK Equipment Co., LLC, Weeden Construction, LLC, and Julie A. Weeden (individually), jointly and severally, in favor of Surety for the Surety's attorneys' fees and costs incurred through the date of this Order and Judgment, which shall be verified by an Unopposed Motion for Attorneys' Fees and Costs that Surety's counsel shall file within 14 days from the date this Order and Judgment is entered, plus pre-judgment interest and post-judgment interest pursuant to M.C.A. §27-1-211 and M.C.A. § 25-9-205;

**IT IS FURTHER ORDERED** that all counterclaims asserted by Indemnitors, or which could have been asserted by Indemnitors against Surety in this matter, are hereby DISMISSED, with prejudice;

2

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 54(b), Surety has asserted more than one claim for relief against multiple parties (the Indemnitors and Monte K. Weeden, individually), but this Court is hereby directing entry of final judgment as to all claims, against the Indemnitors, but not Monte K. Weeden (individually), and this Court has expressly determined that there is no just reason for delay for doing so.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___2nd___ day of April, 2025.

SUSAN P. WATTERS
United States District Judge