# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>MK WEEDEN CONSTRUCTION, INC., a Montana corporation; MK EQUIPMENT CO., LLC, a Montana limited liability company; WEEDEN CONSTRUCTION, LLC, a Montana limited liability company; MONTE K. WEEDEN, individually; and JULIE A. WEEDEN, individually,<br><br>Defendants. | Cause No.: CV-24-112-SPW<br><br><br><br>**AMENDED ORDER AND JUDGMENT** |

THIS MATTER, having come before the Court on Employers Mutual Casualty Company's ("Surety") Unopposed Motion for Attorneys' Fees and Costs and Pre-Judgment and Post-Judgment Interest (the "Motion") (Doc. 42),

THE COURT, having reviewed said Motion, and otherwise being fully advised in the premises;

HEREBY FINDS that Surety's Attorneys' Fees and Costs are reasonable and necessary; and therefore:

1

**ORDERS THAT** a final judgment shall enter against MK Weeden Construction, Inc., MK Equipment Co., LLC, Weeden Construction, LLC, and Julie A. Weeden (individually) (collectively, "Indemnitors"), jointly and severally, in favor of Surety in the principal amount of $2,750,000, plus attorneys' fees and costs in the amount of $144,968.50 and $5,727.76, respectively, plus pre-judgment interest in the amount of $268,830.97, for a total amount of $3,169,527.23, less payments of principal and interest made to Surety under the Settlement Agreement and Commercial Security Agreement;

**ORDERS THAT** post-judgment interest will accrue from April 2, 2025, the date of the original Order and Judgment at the rate of $834.45 per day on any outstanding balance owed pursuant to this Amended Order and Judgment; and

**ORDERS THAT** the relief granted in the Order and Judgment dated April 2, 2025, and not addressed herein, remains in full force and effect.

DATED this 17th day of April, 2025.

／s／ Susan P. Watters
SUSAN P. WATTERS
U.S. District Court Judge