THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>MK WEEDEN CONSTRUCTION, INC., a Montana corporation; MK EQUIPMENT CO., LLC, a Montana limited liability company; WEEDEN CONSTRUCTION, LLC, a Montana limited liability company; MONTE K. WEEDEN, individually; and JULIE A. WEEDEN, individually;<br><br>Defendants. | Cause No.: 24-CV-112-SPW<br><br><br><br>**SECOND AMENDED ORDER AND JUDGMENT** |

THIS MATTER, having come before the Court on the Stipulated Motion for Confession of Judgment ("Stipulation") between Employers Mutual Casualty Company ("Surety"), and MK Weeden Construction, Inc. ("MK Weeden"), MK Equipment Co., LLC ("MK Equipment"), Weeden Construction, LLC ("Weeden Construction"), and Julie A. Weeden ("Ms. Weeden") (collectively, "Indemnitors"), Surety's Unopposed Motion for Attorneys' Fees and Costs and Pre-Judgment and Post-Judgment Interest (the "Motion for Fees/Costs"), and Indemnitors' Opposed Motion to Amend the Judgment ("Motion to Amend"),

THE COURT, having reviewed said Stipulation, Motion for Fees/Costs, Motion to Amend, and otherwise being fully advised in the premises;

ORDERS THAT a final judgment shall enter against MK Weeden Construction, Inc., MK Equipment Co., LLC, Weeden Construction, LLC, and Julie A. Weeden (individually) (the above-defined "Indemnitors"), jointly and severally, in favor of Surety in the principal amount of $2,750,000, plus attorneys' fees and costs in the amount of $142,977.50 and $5,727.76, respectively, plus pre-judgment interest in the amount of $268,646.44, for a total amount of $3,167,351.70, less payments of principal and interest made to Surety under the Settlement Agreement and Commercial Security Agreement;

ORDERS THAT post-judgment interest will accrue from April 2, 2025, the date of the original Order and Judgment at the rate of 10.5% per annum on any outstanding balance owed pursuant to this Second Amended Order and Judgment; and

ORDERS THAT the relief granted in the Order and Judgment dated April 2, 2025, and not addressed herein, remains in full force and effect.

Dated this ___4th___ day of June, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge